# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RACHAEL A. DAY

NO. 2025 KW 0557

**SEPTEMBER 8, 2025**

---

In Re:    Rachael A. Day, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-08118.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge Parish Office of the Clerk of Court shows that on June 24, 2020, the State filed an "Amending and Supplemental Discovery Answer" in this matter. Accordingly, relator's request for mandamus relief is moot.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT